MICHAEL MCCOLLUM
(SBN 235447)
McCollum Counsel, Inc.
1500 W. Alhambra Rd.
Alhambra, CA 91801-2009
Telephone: (213) 534-6070
Email: michael@mccollumcounsel.com

WILLIAM R. COWDEN (DCBN 426301) (*Admitted pro hac vice*)
WILLIAM COWDEN LLC
Lead Trial Counsel
2502-D N. Harrison Street, #1127
Arlington, VA 22207
Telephone: (202) 642-0209
Email: wcowden@cowdenllc.com

*Attorneys for LACE MARKETING, LLC d/b/a LEISUREPAY*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LACE MARKETING, LLC d/b/a LEISUREPAY, a Florida limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LIMITLESS X HOLDINGS, INC., a Delaware corporation; and JASPREET "JAS" MATHUR, an individual,<br><br>Defendants. | Case 2:26-cv-10629-AH (MARx)<br>[*Honorable Anne Hwang*]<br><br>**DECLARATION OF MICHAEL MCCOLLUM IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT LIMITLESS X HOLDINGS, INC.**<br>[Fed. R. Civ. P. 55(a); L.R. 55-1]<br><br>*[Filed concurrently with Application for Entry of Default by Clerk]*<br><br>Complaint Filed: September 18, 2026 |

# **<u>DECLARATION OF MICHAEL MCCOLLUM</u>**

I, Michael McCollum, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice before this Court. I am the principal of McCollum Counsel, Inc., counsel of record for Plaintiff Lace Marketing, LLC d/b/a LeisurePay ("Plaintiff") in this action. I submit this declaration pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55-1 in support of Plaintiff's Application for Entry of Default by Clerk against Defendant Limitless X Holdings, Inc. ("Limitless X"). I have personal knowledge of the facts stated in this declaration, including from my review of the Court's docket and the files maintained by my office in this action, and if called as a witness I could and would testify competently to them.

2. On September 18, 2026, Plaintiff filed its Complaint in this action against Limitless X and Defendant Jaspreet "Jas" Mathur. (Dkt. 1.)

3. On September 24, 2026, the Clerk issued a Summons directed to Limitless X. (Dkt. 9.) A true and correct copy of the issued Summons is attached hereto as **<u>Exhibit A</u>**.

4. On Tuesday, September 29, 2026, at 12:00 p.m., Plaintiff's registered process server, Robert Aiken of First Legal, personally served Limitless X by delivering copies of the Summons in a Civil Action; the Complaint; the Civil Cover Sheet; the Certification and Notice of Interested Parties (Local Rule 7.1-1); the Notice of Assignment to United States Judges; the Notice to Parties of Court-Directed ADR Program; the Standing Order for Civil Cases Assigned to Judge Anne Hwang; and the Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, to Tristan Snow, an individual authorized to accept service of process on behalf of Agents and Corporations, Inc., Limitless X's agent for service of

process, at 1201 Orange Street, One Commerce Center, Wilmington, Delaware 19801. The process server's Proof of Service, executed under penalty of perjury on September 30, 2026, was filed with the Court on October 19, 2026. (Dkt. 14.) A true and correct copy of the Proof of Service is attached hereto as **Exhibit B**.

5. Service on Limitless X was therefore made by delivering a copy of the Summons and Complaint to an agent authorized by appointment or by law to receive service of process on its behalf, as provided by Federal Rule of Civil Procedure 4(h)(1)(B).

6. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Limitless X was required to serve an answer within 21 days after being served with the Summons and Complaint. Twenty-one days after September 29, 2026 was Tuesday, October 20, 2026. Limitless X's deadline to answer or otherwise respond to the Complaint was therefore October 20, 2026.

7. Limitless X did not answer or otherwise respond to the Complaint by October 20, 2026, and has not done so as of the date of this declaration. On October 28, 2026, I reviewed the Court's docket in this action and confirmed that Limitless X has not filed an answer, a motion under Rule 12, or any other response to the Complaint, and that no attorney has appeared on its behalf. My office has not been served with any answer, motion, or other responsive pleading by Limitless X. Neither Limitless X nor anyone purporting to act on its behalf has requested an extension of time to respond, and the time to respond has not been extended by stipulation or by order of the Court.

8. The pleading as to which Plaintiff seeks entry of default against Limitless X is the Complaint filed September 18, 2026. (Dkt. 1.)

9. Limitless X is a Delaware corporation. (Compl. ¶ 27; Ex. B.) As a corporation, Limitless X is not a minor (infant) or an incompetent person, and no

general guardian, committee, conservator, or other representative is required to act on its behalf.

10. Limitless X is a corporation, not an individual. It therefore is not, and cannot be, a servicemember in military service, and the Servicemembers Civil Relief Act, 50 U.S.C. § 3901 et seq., including 50 U.S.C. § 3931, does not apply to it.

11. By the accompanying Application, Plaintiff seeks only the Clerk's entry of default against Limitless X under Rule 55(a). Plaintiff is not requesting entry of default judgment at this time. Defendant Mathur has not yet been served. Plaintiff intends to apply for default judgment against Limitless X under Federal Rule of Civil Procedure 55(b) and Local Rule 55-1 at the appropriate time, and will provide any notice required by Rule 55(b)(2).

12. On November 2, 2026, I caused copies of the Application for Entry of Default by Clerk and this declaration to be served on Limitless X by first-class U.S. mail, postage prepaid, addressed to (a) its agent for service of process, Agents and Corporations, Inc., 1201 Orange Street, One Commerce Center, Wilmington, Delaware 19801; and (b) its principal place of business, 9777 Wilshire Blvd., Suite 400, Beverly Hills, California 90212.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2026, at Alhambra, California.

By: */s/ Michael McCollum*

Michael McCollum

**EXHIBIT A**

Summons in a Civil Action issued to Limitless X Holdings, Inc. (Dkt. 9)

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| LACE MARKETING, LLC d/b/a LEISUREPAY,<br>*Plaintiff(s)*<br>v.<br>LIMITLESS X HOLDINGS, INC., a Delaware corporation; and JASPREET "JAS" MATHUR, an individual,<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-10629 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIMITLESS X HOLDINGS, INC., a Delaware corporation
Serve: AGENTS AND CORPORATIONS, INC.
1201 ORANGE ST STE 600
ONE COMMERCE CENTER
WILMINGTON, DE 19801
302-575-0877

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael McCollum, CA Bar No. 235447
McCollum Counsel
1500 W. Alhambra Rd.
Alhambra, California 91801
(213) 534-6070
Attorney for Plaintiff LACE MARKETING, LLC d/b/a LEISUREPAY

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-10629

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT B**

Proof of Service of Summons on Limitless X Holdings, Inc. (Dkt. 14)

| Attorney or Party without Attorney: MICHAEL MCCOLLUM (SBN 235447)<br>MCCOLLUM COUNSEL, INC.<br>1500 W Alhambra Rd<br>Alhambra, CA 91801<br>Telephone No: 213-534-6070<br>Attorney For: Plaintiff | | | | Ref. No. or File No.: LACE MARKETING, LLC | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: LACE MARKETING, LLC d/b/a LEISUREPAY<br>Defendant: LIMITLESS X HOLDINGS, INC., a Delaware corporation., et al | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | | Case Number: 2:26-cv-10629 - AH (MARx) |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Assignment to United States Judges; Standing Order For Civil Cases Assigned To Judge Anne Hwang; Notice To Parties Of Court−Directed Adr Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. *a. Party served:* LIMITLESS X HOLDINGS, INC., a Delaware corporation
   *b. Person served:* Tristan Snow, Authorized to Accept Service for Agents and Corporations Inc., Agent for Service of Process authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 1201 Orange Street One Commerce Center Wilmington, DE 19801

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Sep 29 2026 (2) at: 12:00 PM

6. ***Person Who Served Papers:***
   a. Robert Aiken
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111
   **d.** ***The Fee*** *for Service was:* $378.60

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

9/30/26 — (Date)

RRA — (Signature)

FIRSTLEGAL

PROOF OF SERVICE

16968151
(17937888)

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, I electronically filed the **DECLARATION OF MICHAEL MCCOLLUM IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT LIMITLESS X HOLDINGS, INC.** and that they are available for viewing and downloading from the Courts CM/ECF filing system, and that service will be accomplished through the CM/ECF system to all counsel of record who are registered CM/ECF users. I further certify that on November 2, 2026, a true and correct copy of the foregoing document was served on Defendants LIMITLESS X HOLDINGS, INC. and JASPREET "JAS" MATHUR, who are not registered CM/ECF users, by First-Class Mail by placing a true copy thereof enclosed in a sealed envelope addressed as listed below.

**LIMITLESS X HOLDINGS, INC**
1.Registered Agent of Service:
Agents And Corporations Inc
1201 Orange St, Ste 600
One Commerce Center
Wilmington, DE 19801

2. 9777 Wilshire Blvd., Suite 400
Beverly Hills, CA 90212
*Defendant*

**JASPREET "JAS" MATHUR**
1. 10971 Chalon Road
Los Angeles, CA 90077

2. 1200 Club View Drive, Unit 302
Los Angeles, CA 90024
*Defendant*

Dated: November 2, 2026

By: /s/ Neslly Herrera

NESLLY HERRERA
McCollum Counsel
1500 W. Alhambra Rd,
Alhambra, CA 91801-2009
Telephone: (213) 534-6070
Email: neslly@mccollumcounsel.com